NICHOLAS FERRARI, as Administrator of the Estate of DOMINICK FERRARI, Deceased, Respondent and Appellant, *v.* NEW YORK CENTRAL RAILROAD COMPANY, Respondent, and ROCHESTER GAS AND ELECTRIC CORPORATION, Appellant.

(Argued December 4, 1928; decided December 31, 1928.)

*Paul Folger* for appellant.

*Harold G. Hutchens* and *John B. Abbott* for plaintiff, respondent and appellant.

*William Mann* and *Alexander S. Lyman* for defendant, respondent.

Judgment affirmed, with costs to the plaintiff against Rochester Gas and Electric Corporation and with costs to defendant New York Central Railroad Company against plaintiff; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.